UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
————————————————————————

UNITED STATES OF AMERICA,

v.

RICHARD STENHOUSE,

                      Defendant.
————————————————————————

**STATEMENT WITH RESPECT TO SENTENCING FACTORS AND SENTENCING MEMORANDUM**

**21-CR-193-WMS**

## Introduction

Richard Stenhouse is scheduled to be sentenced May 18th at 3pm. Mr. Stenhouse earlier pled guilty to 26 U.S.C. §7206(1) (filing a false tax return 2014-2018). Ms. Harrington's comprehensive presentence report calculates a total offense level at 12 in Zone C. The Government alleges additional taxes owed for these years was $95, 896. Mr. Stenhouse has paid this amount in full.

Respectfully, the undersigned asks this Court to consider a non-jail sentence.

## Personal and Family Background

Although Ms. Harrington's PSR includes details of the family background, the following additional information about Richard Stenhouse may be helpful to the Court.

Born and raised in Buffalo, New York, Richard Stenhouse is 76 years old. His father, Edward J. Stenhouse, taught industrial arts in the Buffalo City Schools. Later promoted to supervisor of pupil personnel in the central office, he handled suspensions and discipline for students. He worked for the Board of Education for 40 years. He died at age 92 in 2015.

1

Richard Stenhouse's maternal uncles were also hardworking and entrepreneurial. They founded and operated several businesses in Buffalo including an auto parts store, delicatessen, taxi, and dry cleaners. Richard Stenhouse worked for several of these family businesses before answering his calling as a pastor.

His mother, Thelma, is 95 years old. Following two strokes, she recently moved into Richard Stenhouse's home where he and his wife, Sharon, take care of her (see PSR ¶55; see *infra* pp. 5-6)

Richard Stenhouse was born in Buffalo and attended Bennett High School. He went on to major in mathematics at SUNY Buffalo where he obtained a bachelor's degree in 1970.  His math skills helped him get a job at M&T where he worked for several years as the first African-American hired in the bank's computer division in Buffalo.

Leaving M&T to work with his family, he applied his computer skills to help make their businesses more efficient.  He was also active in his church around that time serving as the vice chair of the trustee board for Agape Church on Northland St in Buffalo.  In 1979, Richard  received his "calling" and started the process of becoming a pastor. He attended classes in Buffalo and was ordained in 1982.

Richard was initially assigned as the pastor for Bethel AME Church in Lackawanna and simultaneously worked at ComTec, a local computer company.  In 1984 he was transferred to a church in Norwalk Connecticut. He was the pastor there for 13 years and during that time met his wife Sharon. In 1997, Richard and Sharon left Connecticut and moved to Buffalo to take a position as pastor of Bethel AME Church. Bethel AME is the oldest black church in Buffalo and has one of the city's largest congregations. While taking on his new duties, Richard also attended Divinity

School from 1998-2001 at the U.S. Theologic Seminary (West Seneca campus). He earned a Master's Degree in Divinity in 2002-03.

As the longest serving pastor in Bethel AME history, Richard had more than a full-time job. He ministered to people, presided over bible study meetings, attended funerals, took care of church administration matters, spearheaded community work, served as the liturgist at Sunday services and was the Executive Director of the Bethel Head Start program. He served his congregation until May 2021 when he reached the church's mandatory retirement age.

Sheila Leavy, who worked with Rev. Stenhouse for five years recalls his commitment to the community:

> "He was involved by helping organizations who asked the church for help in distributing/giving food to those in need. He helped with blanket drives for children at the hospital. He would visit the sick at hospitals and nursing homes. He was a servant for God and loved serving the community"[1]

Dr. James A. Lewis III, former chairman of Buffalo Zoning Board of Appeals, and one-time Chaplain to Buffalo Police and Sheriff's Department writes:

> "Reverend Stenhouse comes from a family of hard workers and good morals. His dad was my high school teacher."

Jason Maclin, owner of Chopafella's Barbershop, has known Reverend Stenhouse for over 40 years and considers him a solid force in the community:

> "He has a community that loves and supports him as a giver, inspiration and his commitment to the betterment of the generations. He has taught members of the community to become homeowners, the importance of credit repair and most importantly how to love and serve the Lord".

---

[1] Attached are 22 letters in support of Richard Stenhouse

Darius Pridgen, Pastor of True Bethel Baptist Church and President of City of Buffalo Common Council,

> "Being the pastor of the oldest African-American congregation, he has been a champion of educating the community on African-American history to promote pride and peace in our community".

Referring to Reverend Stenhouse as a pillar of the Buffalo community, Rev Tristan J. Salley, Pastor St. Paul AME Church Rockville Center NY writes:

> "Reverend Stenhouse has been  a committed, compassionate and benevolent individua who has consistently worked to assist families and persons in need. Additionally, Mr. Stenhouse has been an advocate for education and civic engagement and has inspired generations to reach their fullest potential."

### Rev. Stenhouse's Community Involvement

Active in numerous civic and community organizations, Reverend Stenhouse was appointed to the Buffalo Fiscal Stability Authority (Control Board) by Governor George Pataki and served as its Secretary-Treasurer from 2004-2006. The Control Board provided oversight and approval power over all Buffalo expenditures that exceeded $50,000. At the same time, Reverend Stenhouse served from 2003-2009 on the Canisius College Board of Regents and simultaneously was a member of the Community Advisory board of SUNY Buffalo College from 2002-2021.

An advocate for affordable housing and childcare facilities, he founded the Bethel Community Development Corporation. Under his watch Bethel CDC built 20 homes for low-moderate income families on the East Side of Buffalo.  They purchased and renovated a 15,000 square foot facility at 1461 Main Street, they constructed a 7,500 square foot childcare facility at 1424 Jefferson, and a 4-unit plaza at 1300 Jefferson which provides affordable rental space to three minority businesses and a branch of M&T Bank.

Reverend Stenhouse served as Executive Director of Bethel Head Start from 1997-2015. Proud of its accomplishments, this organization fed over 9,000 3 & 4 year-old children through a

federally funded annual program. The church operated 7 sites with over 100 employees.

Recognized for his years of community commitment and accomplishments, he was elected by the full church membership to the Board of Directors of the First District Self-Help Corporation at the AME Church's headquarters in Philadelphia. Unfortunately, he felt it best to resign because he didn't want his felony conviction to reflect poorly on the church.

Reverend Stenhouse has been the recipient of numerous awards including the 2005 Faith-Based Partnership Award by Community Action Organization of Erie County, the 2005 Community Service Award by Western New York Region 9, Civil Rights Committee of the UAW and the 2013 Rev. A. Joseph Bissonnette Award.

**Richard Stenhouse as Caregiver**

Richard Stenhouse's mother, Thelma Stenhouse, is 95 years old. She and her late husband lived on Hamlin Road in Buffalo. Following her husband's death in 2015 at the age of 92, Mrs. Stenhouse continued to live in the family home taking care of herself as best she could. Caring greatly for his mother, Richard Stenhouse made sure he visited her twice a day. In 2018 Thelma suffered a stroke which affected her left side. Richard took her to all of her doctor's appointments and continued to care for her. The following year she suffered a second stroke. No longer able to take care of herself even though she had help, Richard made his rounds every day to see his mother.

In the summer of 2021, Thelma Stenhouse was hospitalized and unable to return to her home. The choice was simple: place her in a nursing home or have her move in with Mr. and Mrs. Stenhouse--the loyal and caring son, he chose the latter. The family modified a first-floor bedroom for her. Thelma is totally disabled and unable to care for herself. She needs 24/7 round-the-clock care. Although an aide is supposed to come in every morning for an hour to bathe her, because of COVID they cannot depend on the aide showing up as scheduled. Rev. Stenhouse and his wife

cook for her, toilet her, and dress her. Unable to walk, she slides from her bed to a chair next to the bed. She sits in the chair or a wheelchair until she's ready to go to bed.

Richard's wife Sharon Stenhouse, in her letter to the Court explains

"[W]ithout Richard I do not believe I'd be able to take care of her myself. If Richard was unavailable, Thelma would have to be placed in a nursing home.  I'm 75 years of age and could not provide the necessary care by myself."

### The Offense

Reverend Stenhouse received his weekly salary every Monday from the office secretary. As relevant to this case, his weekly salary was $1750 in 2014-2016; it then decreased to $1250 in 2017-2018. All salary checks were deposited into his M&T account. Routinely over the years the Church had provided Reverend Stenhouse with a 1099 for his full earnings. He was not a W-2 earner and no taxes were deducted from his weekly check.

Prior to 2014, there was never an issue with his state and federal income tax filings. In 2014 there was a change in office staff. He did not receive a 1099. Regardless, that was no excuse for not disclosing that income on the joint tax returns he filed with his wife. However, he did declare all of his other income on their tax returns for those years. This included his salary from his position as Executive Director of the Head Start program in 2014 & 2015 and his social security earnings. Although he did not receive a 1099 he knew he owed a tax on his earned income from the church. He failed in his obligation to declare the income and pay the taxes. Reverend Stenhouse offers no excuse; this was his fault alone. He blames no one but himself.

Reverend Stenhouse writes in his letter to the Court:

"To say I am remorseful is an understatement. Mentally, spiritually and emotionally I am consumed with remorse. Whenever I look at parishioners I feel like a hypocrite because I am supposed to be their moral leader. When I see friends and family I feel deep shame knowing I disappointed every person who trusted me to be better than this. I feel this incident overshadows

the good I did in my time as a pastor and tarnishes any legacy of community achievements."

Rev. Stenhouse paid the taxes in full when he filed his amended tax returns in 2019. He issued checks to the IRS totaling $95, 896. He knows he is subject to an IRS civil penalty of up to 75% of the tax owed plus interest which may result in his paying almost the same amount again to the Government.

## Conclusion

Richard Stenhouse is an intelligent, community-minded, caring person. He has lived a life well-lived. He cared more about others than he did himself. His life revolved around the community. He wanted people to have a better life and he worked tirelessly to achieve that goal. He knows he did wrong and broke his own moral code. He is remorseful and penitent. He has paid the tax in full and if he owes more he will pay it.

Dated: Orchard Park, New York
        May 2, 2022

Respectfully submitted,

/s/*Joel L. Daniels*
Joel L. Daniels
LAW OFFICES OF JOEL L. DANIELS
*Attorney for Defendant Richard Stenhouse*
42 Delaware Avenue, 7th floor
Buffalo, New York 14202
716-856-5140
jdaniels38@aol.com

/s/ Cheryl Meyers Buth
Cheryl Meyers Buth, Esq.
MEYERS BUTH LAW GROUP, PLLC
*Attorney for Defendant Richard Stenhouse*
21 Princeton Place, Suite 105
Orchard Park, New York 14127
(716) 508-8598
cmbuth@mblg.us

February 13, 2022


Hon. William M. Skretny

United States District Judge for the Western District of New York

2 Niagara Square

Buffalo, New York 14202


Your Honor,

I am writing this letter that you may consider giving Rev. Richard Stenhouse leniency in your deliberations. I acknowledge that Rev. Richard Stenhouse has plead guilty to filing false income tax returns for the years of 2014-2018. I would like to share with you that Rev. Richard Stenhouse is jewel and a pearl of great price in our community and for him to be incarcerated after all the work he has done in the community would be a great travesty of justice. Because of Rev. Stenhouse's years of service to the community many young people have had certain advantages and accoutrements that normally wouldn't be afforded them.

I met Rev. Stenhouse in December of 2016, since then Rev. Stenhouse has been a mentor, a teacher, a father figure, and a friend. I have had the privilege of serving under his leadership, where he worked with me one on one and because of his investment in my life I am a better Christian, a better pastor, and a better man. Rev. Stenhouse discovered me in Lockport, NY and because of him discerning that I could be of service to the church, he afforded me an opportunity that has been the springboard for my career.

Again, Rev. Stenhouse is a treasure, and my prayer is that he is afforded the grace for his misgivings. Rev. Stenhouse is a loving, caring, compassionate man who has given his life to serve others, please do not allow this impropriety to damage his life's labor, his family reputation, and his community. Rev. Stenhouse has given so much over the years, please show his grace and leniency in this matter.


Humbly Submitted,

Rev. Justin B. Anderson

Bethel A.M.E. Church of Woodbury, NJ

Marie Brown
195 Leslie St.
Buffalo, NY 14211


Hon. William M. Skretny
United States District Judge for Western New York
2 Niagara Square
Buffalo, NY 14202


My name is Marie Brown and I am aware that Rev. Stenhouse pleaded guilty for filing false income tax returns for the years 2014-2018.

After retiring from the Erie County Health Department I now volunteer for C.C.D.C., an organization who provides free clothing and household items for individuals and families who Rev. Stenhouse supports.

I know Rev. Stenhouse through church involvement, serving on Bethel Head Start Board of Directors, watching him assist in building houses for low income families, securing employment and grants for college students, visiting the sick and comforting families during their time of bereavement.

As a community leader and pastor it is amazing to watch him take so many responsibilities with dedication and commitment many times neglecting his personal needs. Rev. Stenhouse is someone who gives himself for the betterment of others.

To my family he has always been there to give leadership and encouragement. I am Blessed to know him. Please judge him for the good that he has done and continue to do and not for the mistake that he has made.


Sincerely,

Marie Brown

Marie Brown



Macedonia Baptist Church
237 East North St.
Buffalo, New York 14204
(716) 886-3489
**The Rev. Julian Armand Cook, M.Div.**
**Pastor**

March 10, 2022

The Honorable William M. Skretny
United States District Judge for the Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Skretny,

I am The Reverend Julian Armand Cook, Senior Pastor of the historic Macedonia Baptist Church of Buffalo, New York, where I have served since November 2018. The Macedonia Church has been a beacon of hope, moral, spiritual, and social uplift on Buffalo's East Side for over 100 years. I am aware that The Rev. Richard Stenhouse pled guilty to filing false income tax returns for the years 2014-2018, and I write to provide insight about Rev. Stenhouse's character, immeasurable value and contributions as a community and spiritual leader that I hope you will strongly consider before imposing your judgement.

I first met Rev. Stenhouse in early 2018 when he led a group of Buffalo-area leaders and educators in initial "vision sessions" for the development of a college degree program located on Buffalo's East Side. This program would be equipped with the necessary incentives, wrap-around supports, and resources necessary for supporting historically underrepresented students in successfully earning a college degree. Eventually, the program that began as a fledgling idea in the hearts and minds of those gathered became Houghton College Buffalo: East Side (HCB: East Side). At that time, I was working in Boston, Massachusetts as a pastor and academician; Rev. Stenhouse and others played critical roles in my recruitment to Buffalo to serve as the founding dean of HCB: East Side. From our very first meeting, I was impressed by Rev. Stenhouse's passion for the advancement of Buffalo's East Side community and his clear commitment to the promotion and training of adroit young leaders.

As spiritual leader of one of Buffalo's most venerable institutions—Bethel African Methodist Episcopal Church—Rev. Stenhouse was a tremendous force for good and a champion for sustainable community transformation. His leadership included the development of affordable housing, food pantries, and one of the city's most coveted Head Start programs that provided an excellent early childhood education option for families. Rev. Stenhouse has been a leader for innovation in education access for underserved communities. He has served on the Board of Directors for Read-to-Succeed and as an advisor to countless philanthropic organizations and efforts throughout the city, state, and nation.

Personally, Rev. Stenhouse has been a trusted spiritual mentor. As he is the veteran churchman with nearly forty years of pastoral leadership experience, I have looked to Rev. Stenhouse for counsel when challenges arose within my church and in personal life. He is always a man of incredible integrity, sincerity, and insight. Moreover, Rev. Stenhouse has a reputation for doing what he has

done for me in the lives of so many other emerging religious leaders, irrespective of their faith tradition, race, or gender. Rev. Stenhouse has profoundly and positively shaped the trajectory Buffalo, and he is one of the finest human beings I have ever met. It is my great hope that incredible mercy may be shown for Rev. Stenhouse as he has been an instrument of immeasurable grace and compassion in the lives of so many others.

Thank you for your consideration, Judge Skretny. Should questions or concerns arise, please do not hesitate to contact me via phone (listed above) or email at mmbcpastor1@gmail.com. I am happy to elaborate on any element of this letter of strongest support.

Sincerely,

The Rev. Julian Armand Cook, M. Div.

Kathleen V. Franklin-Adams
421 Newburgh Avenue
Buffalo, New York 14215
kvfa98@gmail.com      716.812.4469


Hon. William M. Skretny
United States District Judge for the Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Honorable William M, Skretny:
I am writing to you in support of my former pastor Rev. Richard Allen Stenhouse.
I am aware that he pled guilty to filing false income tax returns for the years 2014-2018.  When this information was first brought to me by "well meaning friends" I thought of the following two verses and started praying that his faith would sustain him through this trying season.

*Let anyone of you who is without sin be the first to throw a stone….John 8:7*

*Do not judge and you will be not be judged. Do not condemn and you will not be condemned. Forgive and you will be forgiven, Luke 6:37*

My family and I have known Rev. Stenhouse as pastor since he was appointed to Bethel African Methodist Episcopal Church in 1997. He has watched my children and grandchildren grow up and become a part of our Bethel Family. His interactions with them made church a happy place for them knowing that Rev. Stenhouse knew their names! He even sent cards to my daughter when she was away at college to help keep her connected and motivated.  She returned after graduation and is still active as a Trustee….a position he had recommended her for years ago.

 As an elementary principal for Buffalo Public Schools, he and I would have countless discussions on the state of education and ways it could be better. Rev. Stenhouse did more than just talk about improving education in Buffalo, he was active in Head Start, a federal preschool program for children and families living in poverty, asking the tough questions as to why our kids weren't learning.
His dream was to start an elementary charter school and later to allow Bethel to be a site for affordable higher education. I was on the committees for both those endeavors and although neither came to fruition that did not stop him from celebrating educational achievements of all of his members. Church scholarships were given to 8th & 12th grade graduates as well as college accomplishments. He instituted a Senior Sunday, when graduating seniors sat in the pulpit with him to give an account of how the church has played a part in their development thus far and to make it truly a family event having their parents/loved ones introduce them before they spoke.

Thanks to his not being able to say no to kids, he made it affordable for a group of young people to attend a Young Peoples' Department/ YPD conference in Bermuda and other places in the United States they were being held! I got to experience a few of those as well!

My position as an officer of the former Bethel AME Federal Credit Union allowed me to witness first hand his support of the credit union as a vehicle to help us help ourselves.

After my retirement in 2005 (He participated at my retirement party) He got me even more involved in church activities….planning the 175th Church Anniversary and taking the seniors on day trips as part of the Senior Ministry.

Since my retirement from BPS, I continue to be involved as an educational consultant, substitute administrator and a charter school board member because he always reminded me of the importance of our presence when it came to the education of our children and encouraged me to stay active.

On the personal side,  Rev. Stenhouse was always available when I needed an objective ear to talk about anything. We talk about caregiving for our parents, our kids, grandkids,  and his great grands.  He would give me that tough love….*ok do they have a problem or do you, about their decision?* ….and I would remind him of the same. We have a lot in common when it comes to family

His sermons were uplifting and made you think. He knew his flock and could call us by name whether you were actively involved in church, just sat in the pew on Sundays or only came a few times a year, he knew how to make you feel at ease and at home.

One of my most memorable times involving him was the eulogy he preached for my mom who died at home holding my brother's hand. He said she went from holding her son's hand to holding the Son of God's hand! It's been almost 10 years and I have never forgotten that!

These are just a few examples of the Rev. Richard Allen Stenhouse that I know, a kind, caring, and compassionate person who somehow got me into being the *unofficial* church photographer because I used to always tell him about the history we were making with guest clergy and the many varied church activities we hosted. As a result I have many pictures of him, his family and a pictorial history of a lot of things that happened during his 28 years at Bethel AME Church.

I have adjusted to his retirement while still missing his presence, the photogenic smile of his wife, Sis. Sharon and his mom calling me Lois Lane because I took a picture of her every Sunday she was in church!

 He often preached, "if God brought you to it, He'll bring you through it!"  So it is my prayer for him and his family that all the good he has done thus far will outweigh this blemish on a truly remarkable life.

> *"Each of us is more than the worst thing we've ever done."* - Bryan Stevenson

Sincerely,
*Kathleen V. Franklin-Adams*
Kathleen "Sis Kathy" Franklin-Adams



## St. Paul
## African Methodist Episcopal Church

292-9247

**59**        **Victoria Street**        Telephone: (441)292-0505 Fax: (441)

**Hamilton HM 11**        **Email:**stpaulamebda@gmail.com
**Bermuda**        **Website:** www.stpaulamechurch.org

Wednesday April 6, 2022

Hon. William M. Skretny
United States District Judge for the Western District of New York
2 Niagara Square,
Buffalo, N.Y. 14202

Hon. Judge William M. Skretny,

I am writing this letter in support of Rev. Dr. Richard A. Stenhouse, I am fully aware of the plea he has entered with regard to the filing of false income tax returns for the years 2014-2018.

Notwithstanding the aforementioned plea, I am writing to attest to his character.
I have known Rev. Stenhouse for over 30 years. I have known him as a colleague in Ministry having served in the same Annual Conference together, and in the same Episcopal District, the First Episcopal District of the African Methodist Episcopal Church. During these past 30 years I have come to know Rev. Stenhouse both as a colleague and as someone whom I consider a personal friend.

Rev. Stenhouse and I have worked closely together having served on numerous boards within the Church. I have known Rev. Stenhouse to be a man of impeccable principle whose character is beyond reproach. I know him to be honest, honorable and a man of his word.

Rev. Stenhouse in his service to the church and the communities that he has served as a pastor demonstrated not only the ability to work in cooperation with others and to follow instructions, but he possesses strong leadership ability in terms of organizing others and leading them in the completion of tasks. Rev. Stenhouse has provided sterling leadership to the A. M. E. Church and established, through his example, himself to be a role model pastor. I have always found Rev. Stenhouse to be respectful and courteous, a quality that can seem rare today.

In closing I can honestly say that I have absolutely no doubt that Rev. Stenhouse despite the current circumstances would never knowingly violate the law. I would on his behalf appeal to the Court, and to you Judge Skretny, in consideration of Rev. Stenhouse's decades of faithful, devoted, service to the church and community and the overwhelming good that Rev. Stenhouse has contributed, that it not be overshadowed by this current circumstance. I have absolutely no hesitation or doubt that if afforded the opportunity through the grace of the Court that Rev. Stenhouse will make full restitution and comply with all that would be required of him.

If you have any questions please do not hesitate to call me on 1-441-599-6425 or you can reach me via email at Nktwd@aol.com. I will be more than happy to respond to any further questions that you may have.

Keep the Faith!

Rev. Nicholas Genevieve-Tweed

**God Our Father        Christ our Redeemer        The Holy Spirit Our Comforter        Humankind Our Brother**



## A CHURCH FOR ALL GENERATIONS

William Gillison, Pastor

February 17, 2022

Honorable William M. Skretny
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Skretny:

This letter is being written on behalf of Richard Stenhouse. I am aware that he pled guilty to filing false income tax returns for the years 2014-2018.

I met Pastor Stenhouse in the late 1990's, sometime after he was appointed to Bethel AME Church, Buffalo, New York from the Bethel AME Church in Norwalk, Connecticut. It would be some years later, 2003, before our common interest in community building would bring us together in a working relationship.

I know now that it becomes your task to consider what is the proper sentencing for the crime committed. I would hope and pray that as you weigh your decision in relationship to his error in judgment, that you would consider his past history in helping so many within this community.

Shortly after arriving in Buffalo, New York he continued the same kind of work he had done in Norwalk, Connecticut. His involvement in church and community in Connecticut was outstanding.

As Pastor of Bethel-Buffalo, Reverend Stenhouse was the Executive Director of Bethel Head Start, the oldest and largest Head Start Program in Western New York. Head Start is a federal program that promotes the school readiness of children from birth to age five from low-income families.

716-895-7494   Fax: 716-895-7619
701 East Delavan Avenue, Buffalo, New York 14215
MOBCBuffalo.org



In 1998, Bethel AME Church formed the Bethel Community Development Corporation through a ten-thousand-dollar grant from the Chase Manhattan Foundation. Bethel CDC has constructed fourteen homes in the Cold Spring area of Buffalo for low and moderate-income families; a $2,7000,000-day care facility, and a retail incubator for minority entrepreneurs on Jefferson Avenue and in partnership with Belmont Shelter, thirty rental units in Buffalo, New York.

Reverend Stenhouse was appointed to the Board of Regents of Canisius College and the Community Advisory Committee of Buffalo State University.
He is one of the founding members of the Jeremiah Partnership, an historic partnership of seven faith-based institutions on the East Side of Buffalo. Founded in 2003, this partnership addresses the housing, economic development and educational needs of the East Side of Buffalo.  I was also one of the founding members. He has served on the Board of Directors of LEWAC Associates of WNY, Inc. and previously served on the Board of Directors of Housing Opportunities Made Equal (HOME) of Buffalo.

He was the first African American computer programmer employed by M&T Bank and worked as a systems engineer at Comptek.

In February 2004, Governor George Pataki appointed Reverend Stenhouse to the Buffalo Fiscal Stability Authority. He was the first and only clergy on the nine-member Authority.

As you can see so many people are now the recipients of the good work he has done.  Again, I ask that these things be considered in his senior years, as most of his life has been given to help others. Thank you for your consideration.

Yours truly,

William Gillison, Pastor





716-895-7494  Fax: 716-895-7619
701 East Delavan Avenue, Buffalo, New York 14215
MOBCBuffalo.org

# The Historic Charles Street African Methodist Episcopal Church
## 551 Warren Street - Roxbury, Massachusetts 02121

Reverend Gregory G. Groover, Sr. M.Div, MSW, D.Min., Pastor
Reverend Khaden V. Nurse, Sr., M.Div.,, Associate Pastor

617) 442-7770
(617) 427-1215 FAX
E-Mail office@csame.org
Pastor's E-Mail ggroover@csame.org

07 March 2022

**Associate Ministers**
Rev. Barbara A. Groover, M.Div.
Rev. Marjorie A. Jones, Ed.D.
Rev. Irma J. Thibodeaux, M. Div.
Rev. Sharel A. Roberson, M.Th.
Rev. Christean Jones-Powell, M.Div.
Rev. Jean L. Sligh, MA
Rev. Andrew E. Kimble, M.Div.

**Administration**
Josue Marius
*Vice Chairman, Steward Board*

Veronica Williams
*Vice Chairman, Trustee Board*

Rolanda Dudley-Cowans, MBA,
*Vice Chairman, Stewardship/Finance*

Dr. Osazee Owens, DBA.
*Church Treasurer*

Georgia Goodwin,
*Class Leaders Coordinator*

Linda Dorch,
*Church Clerk*

Crystal Lee Daley
*New Members Director*

Gwendolyn Clark
*Director of Partnerships*

Greg Groover, Jr., M.Mus.
*Music Director*

Honorable William M. Skretny
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Dear Judge Skretny,

This letter serves as a character reference for the Reverend Richard A. Stenhouse.  It is my understanding that Reverend Stenhouse has pleaded guilty to filing false income tax returns for the years 2014-18.  While this circumstance regarding Reverend Stenhouse is unfortunate, it has not altered the high regard that I've held for him over the past twenty-eight years.

Reverend Stenhouse and I began working with each other in 1994, the year I was assigned to pastor the Historic Charles Street A.M.E. Church in Boston MA.  At the time, he was the senior pastor of Bethel A.M.E. Church, Norwalk CT.  As pastors of two sister churches within the same judicatory district, we had the opportunity to grow and develop a close working relationship and friendship.  I found him to be someone in whom I placed a great deal of confidence and an experienced colleague that I trusted and consistently sought advice and direction.

Our shared work and friendship didn't end but only deepened when he left New England to assume the pastorate at Bethel A.M.E. Church in Buffalo.  I've had the privilege of serving on several denominational panels with Reverend Stenhouse.  In all those church bodies, Reverend Stenhouse tirelessly provided very strong  leadership.

As our episcopal district was hit with major crises (and there were several), Reverend Stenhouse's extremely capable, strategic, and steady leadership guided our presiding bishop and the over three hundred churches of our district to a promising future and better times.  He was immeasurably helpful in assisting my church navigate through its most difficult period of its two hundred and four year-old history.  It is safe to irrefutably assert that had it not

been for the "hands-on-deck" counsel and sound recommendations offered by Reverend Stenhouse, several A.M.E. Churches, including mine, would not be standing today.

In our religious language, Reverend Stenhouse has been a "blessing beyond no end" to many pastors and their congregations within the First Episcopal District. I, for one, will be interminably grateful for his continually reaching out to my congregation and me in our time of great need.

For the above reasons, it is my prayer and hope that you will show mercy on Reverend Stenhouse in determining your ruling. Thank you for your consideration.

Sincerely,

Reverend Dr. Gregory G. Groover, Sr.,
Pastor



**ONE Church with a SECOND Wind for a THIRD Century**

The Rt. Rev. Julius Harrison McAllister, Sr., Presiding Prelate
The Rev. Jocelyn K. Hart Lovelace, Presiding Elder

February 23, 2022


Honorable William M. Skretny

United States District Judge for the Western District

Of Western New York

2 Niagara Square

Buffalo, New York 14202


Dear Honorable William M. Skretny,

I have known Pastor Stenhouse for approximately 25 years, and he is like a father, friend, and mentor, someone that I could talk to about anything. He is always there to support me and let me know if I am right or wrong and has helped to guide me in the right direction.

I have never known Pastor Stenhouse to indulge in any form of illegal activities. He has always taught to be honest, loving, caring. He has helped so many people in all walks of life and in all areas in Buffalo, New York that I know of.

I am aware that Pastor Stenhouse has pleaded guilty to filing false income taxes for the years 2014-2018. I believe that Pastor Stenhouse is a great man and deserves another chance because he is a very important person to the community and to people in the church.

I thank you for taking your time to read this letter. Peace and Love.

Nicholas J. Hall

# SL

March 7, 2022

To: Hon. William M. Skretny
United States District Judge for the Western District of New York
2 Niagara Square
Buffalo, New York, 14202

I recognize that Rev. Richard Stenhouse has pled guilty to filing false income tax returns for the years 2014-2018.

Hon. William Skretny there is not much to say about myself. I am retired. I love to spend time with God, my family, exercise and shop. I am a mother with two adult daughters, a grandmother with four grandchildren, two Sisters, an aunt, Cousin and Friend. I know Rev. Stenhouse because he was my Pastor from October 11, 2015, until his retirement in June 2021. I also worked for him for five years, April 16, 2016, through June 22, 2021, as his Administrative Assistant/Secretary.

Judge Skretny, I would like you to know that Rev. Stenhouse is a compassionate and very nice person, helpful and caring about others. It was a pleasure working for him. In my time with him, he has shown and demonstrated concern for those in need and/or asked for help/assistance. He has hired people in need of a job. He has written letters of recommendation for our Young Adult students in need of scholarships, to High School, and/or College. He has helped young people at the church with support to attend Young People church conferences.

When Rev. Stenhouse was Pastor of Bethel AME Church, Buffalo, NY, he exemplified qualities of a good leader in the community. He was involved by helping organizations who asked the church for help in distributing/giving food to those in need. He helped with blanket drives for children at the hospital. He would visit the sick at hospitals and nursing homes. He was a servant for God and loved serving the community. Just to name a few things.

Judge Skretny, thank you for taking time to hear from me about Rev. Richard Stenhouse.

Respectfully,

Sheila Leavy

Sheila Leavy

*Dr. James A. Lewis III*

*40 Bame Avenue, Buffalo, NY 14215  (716) 510-6915*

March 1, 2022

Honorable William M. Skretny
United States District Judge for the
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Honorable Skretny,

I, James A. Lewis III, am writing on behalf of Richard Stenhouse. I was born, raised an attended school here in Buffalo. I hold a doctorate degree in theology and psychology. I, retired from the Erie County Medical Ctr. In August of 2019, after serving as Director of Pastoral Care for 30 years. I have been the chairman of City of Buffalo Zoning board of Appeals for the past 20 years. I serve with pride as the Chief Chaplain to the Buffalo Police and Sheriff Dept. I have been pastoring in the ministry for 31 years, currently the Pastor of Miracle Missions Full Gospel Church and District Overseer. I am one that has the heart for the least and the lost with a belief of second chances and forgiveness. I have been married for 39 years and a proud father, grandfather, and great grandfather.

It has been brought to my attention that Mr. Stenhouse has ,pleaded guilty to filing false income tax returns for the years 2014-2018. Despite what has transpired I still respect and remember the positive characteristics he demonstrated to the community and those he encountered. He is a man of wisdom and integrity in the over fifty years which I have known him. He comes from a family of hard workers and good morals; his dad was my high school teacher. He was committed to his assignment as Pastor and Presiding Elder. He was well loved and trusted by his parishioners. He has been concerned and involved in the issues of the community and diligent in his quest to save souls.

We all have sinned and fallen short. Forgiveness is granted when repentance take place and remorse is demonstrated. May God's grace and mercy be shown to one who has shown it to so many.

My contact information is above if you need additional information.

Respectfully yours.

James A. Lewis III

Hon. William M Skretny
United States District Judge
Western District of New York

Letter of Support for Richard Stenhouse

February 17, 2022

Dear Hon. William M Skretny,

I, Jason W. Maclin am writing this letter to provide support for Mr. Richard A. Stenhouse, who is a friend and spiritual advisor for almost 40 years.  I have been made aware that Rev. Stenhouse has pled guilty to filing false income tax returns from 2014 to 2018 and wanted to shed some light on the person I know and respect.

I am the owner of Chopafellaz Barbershop and Sinclair's Salon & Spa located at 700 Main St, Buffalo NY 14202.  Also, the nephew of his mother and an active congregational member of Bethel A.M.E. Church.

Besides starting Bethel Head Start schools, Rev. Stenhouse has made various changes in the community and my personal life. He has a community that loves and supports him as a giver, inspiration, and his commitment to the betterment of the generations. He has taught members of the community to become homeowners, the importance of credit repair, and most importantly how to love and serve the lord.

Perseverance and determination are life lessons I have learned from Rev. Stenhouse that I bestow upon my family unit and clients daily. I love him dearly and he is the strongest man I have left in my immediate family.

I understand the severity of the charges and his plea. I am humbly asking for consideration and grace of his true character.

Warm Regards,

Jason W. Maclin



# MIDTOWN BIBLE CHURCH
## 1722 MAIN STREET   BUFFALO, NY 14209
### Telephone: (716) 884-5203
Email: midtownbiblechurch@gmail.com

### Brent C. McCalister, Pastor

_____

Chairman of Trustee Board                                      Church Secretary
Joel Edwards                                                        Annette King

**March 2, 2022**

**Honorable William M. Skretny**
**United States District Judge**
**Western District of New York**
**2 Niagara Square**
**Buffalo, New York 14202**

**Sir:**

**I, Brent C McCalister, have been the Pastor of Midtown Bible Church for the last twenty-eight years.  I have served in the capacity of a community leader and have been the constituent of Rev. Stenhouse in a number of community concerns.  I count it a privilege and an honor to share my experience with Rev. Stenhouse.**

**Professionally, I found him to be confident, caring, and committed to his responsibilities as a Pastor, but also his sense of love and loyalty to his community.  As a colleague to Rev. Stenhouse, I worked with him in several capacities, and watched with careful consideration, his leadership style and commitment. And to be very honest, I was impressed. He was always proficient, and exemplary.  I've watched him as a minister and saw his love and loyalty to his church and his family.**

**I'm not sure if this is matter of professional consideration, but I saw his tenderness with his mother and his kindness to people that could never pay him back and watched him give of himself.  As a matter of record, it is my professional opinion, Rev. Stenhouse, in this particular issue regarding his personal finances, has proven to be a poor choice.**

**In matters of professional and public service, he has been noteworthy, and to my knowledge, honorable. Therefore, I pray that whatever determination that would be considered, it is my hope that he would be given the same grace and kindness that he extended to others to include myself.**

Yours truly,

**Brent C. McCalister, Pastor**
**716-864-8098**

Gwendolyn McKinnon
282 Purdy Street
Buffalo, NY 14208

April 9, 2022

The Honorable  William M. Skretny
U.S. District Judge for the Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: Reverend Richard A. Stenhouse

Dear Judge Skretny,

My name is Gwendolyn McKinnon, and I am a current resident of Buffalo, NY and member of Bethel
AME Church located at 1525 Michigan Avenue Buffalo, NY 14209. Reverend Richard A. Stenhouse has
served as my pastor for over 15 years at Bethel AME Church. During this time I have had the opportunity
to observe his character as a husband, a caregiver, and a community advocate. I was truly surprised to
discover that Reverend Stenhouse pled guilty to filing false income tax returns for the years 2014-2018. I
know Reverend Stenhouse as being a family man and a devoted community advocate. Reverend
Stenhouse has assisted in the upbringing and care of his grandchildren and his great-grandchildren. I
know that Reverend Stenhouse is also the primary caretaker and advocate for his elderly widowed
mother. Personally, Reverend Stenhouse has provided me with spiritual counsel and mentored my
children through high school and college. In addition, I have witnessed Reverend Stenhouse selflessly
serve members of our congregation and surrounding communities.

During sentencing, please consider this letter, Reverend Stenhouse's influence on the youth of our
community, and his long-lasting reputation to uplift the inner-city. I believe that despite the concerning
actions, Reverend Stenhouse is a highly regarded individual in our community, a valuable member to his
family, and a genuine person.

Sincerely,

Gwendolyn McKinnon

### *Lincoln Memorial UMC*
### *"Changing Lives through Love"*



March 2, 2022

Hon. William M. Skretney
United States District Judge for the Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re: Rev. Richard Stenhouse

Dear Judge Skretney,

I have known Reverend Richard Stenhouse for over 15 years, and I have always found him to be very honorable man. His work in the community has impacted countless people, through his ministry at Bethel AME. Much of the work of a pastor is done in places where no one sees, except the people whose lives you impact. Many know Rev. Stenhouse for his leadership in the AME church, the Bethel Head Start Program and the Bethel Housing Corporation. What people do not know is his humble dedication to caring for people through his mentorship of younger pastors, pastoral care for those in crisis as well as his advocacy for the poor in our community. I am often highly critical of the lack of competent clergy leadership in Buffalo, many so-called leaders could learn a great deal from Rev. Stenhouse about what it means to be a true shepherd of God's people. His work has created a lasting legacy that will impact individuals and families for generations. I know that because I have had the privilege of serving this community with him on several occasions

One of the reasons I responded to God's call to Christian ministry is my understanding of God's grace. Our human condition often leads us to make bad decisions that don't reflect the totality of our character. Everyday I deal with people who make mistakes that have negative consequences on their lives as well as those close to them. I see the heartache and regret of people who give into temptation and make choices that are often unethical, immoral and sometimes criminal. In those moments I always tell them three things.

1. You must be accountable for your actions; you must own what you did
2. What you did does not define who you are. We serve a God of grace who reminds us that grace is always available

# *Lincoln Memorial UMC*
## *"Changing Lives through Love"*

*Romans 5:20 (NIV)* [The] *law was brought in so that the trespass might increase. But where sin increased, grace increased all the more*

3.  Your actions do not separate you from God's love

I am well aware of the serious charges that Rev. Stenhouse has pled guilty to. Furthermore, I know he must face the consequences of his actions. I am certain he is filled with guilt, remorse and shame for his actions and how it has impacted his family, friends and congregation. Currently, I have a dear clergy colleague who is sentenced to 6 years in federal prison for some financial improprieties that he plead guilty to. He is behind bars despite the countless lives he has impacted with his ministry. I have seen how his incarceration has devastated his family, church and community. My appeal to you is that you exercise all the mercy and leniency that your judicial position affords you. Rev. Stenhouse is an exceptionally good man who did an awfully bad thing. For that he has paid a terrible price of losing his standing in the community. As an elder, he should be enjoying a place of honor because of his great service to the community. Instead, his reputation is ruined, and his legacy tarnished. True he has no one to blame but himself, but I am asking you to spare him the indignity of incarceration.

Thank you for allowing me to express my feelings to you about Rev. Stenhouse and I will continue to hold the both of you in my prayers as you deliberate your decision.

Sincerely,

Pastor George F. Nicholas

Lincoln Memorial UMC

# DARIUS PRIDGEN

4/20/21

Hon. William M. Skretny
United States District Judge For Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re: Richard Stenhouse

To The Honorable William Skretny:

Sir, this letter is about Pastor Richard Stenhouse who I have known for more than 20 years. I am the Pastor of True Bethel Baptist Church in Buffalo and the New York State Bishop in the Full Gospel Baptist Fellowship. In another role, I serve as the President of The Buffalo Common Council.

I have been informed that Pastor Stenhouse pled guilty to filing false income tax returns. Even with the guilty plea, I felt it was important to let the court know how much Pastor Stenhouse has contributed to the community that I represent both civically and spiritually. Pastor Stenhouse has led a very productive push to revitalize the eastside of Buffalo at a time when many people would not touch development projects. He and the Community Development Corporation that he led put first-time homeowners in newly built houses who would have not qualified for a conventional loan.

Pastor Stenhouse's other contributions are too numerous to list but I will mention a few. Not only was he one of the only faith-based organizations building housing, he and his congregation ran a very successful daycare program that took care of many of the area's poorest residents so that they could work and provide for their families. Being the pastor of the oldest African-American congregation, he has been a champion of educating the community on African- American history to promote pride and peace in our community.

Personally, Pastor Stenhouse was one of the only developers who passed on valuable information to me and other pastors and community leaders who wanted to develop affordable housing in the poorest communities. His efforts have led to the successful construction of several developments to help stabilize the eastside of Buffalo.

907 E. Ferry St. Buffalo, NY 14208



**ST. PAUL AME CHURCH**
TOUCHING LIVES | IMPACTING GENERATIONS | EMPOWERING COMMUNITIES

Rev. Tristan J. Salley, Senior Pastor

March 1, 2022

Honorable William M. Skretny
United States District Judge for the Western District of New York
2 Niagara Square
Buffalo, New York 142020

Dear Judge Skretny,

My name is Reverend Tristan J. Salley, and I serve as the Senior Pastor of St. Paul African Methodist Episcopal Church in Rockville Centre, New York. I am sending this communication in support of Mr. Richard Stenhouse, who I am aware has pleaded guilty to filing false tax returns for the period of 2014 to 2018.

I have known Mr. Stenhouse for almost a decade and during this time I have known him to be a pillar of the Buffalo community. Mr. Stenhouse has been a committed, compassionate, and benevolent individual who has consistently worked to assist families and persons in need. Additionally, Mr. Stenhouse has been an advocate for education and civic engagement and has inspired generations to reach their fullest potential.

Personally, I have known Mr. Stenhouse as a mentor and colleague. He has assisted me in navigating professional and community environments throughout Erie County and within New York State by sharing his experiences and wisdoms. Mr. Stenhouse has on numerous occasions worked tirelessly to make an impact larger than himself and has had a career that has been committed to outreach and service to humanity.

It is in this consideration, that I extend my support both professionally and personally for Mr. Richard Stenhouse.

Sincerely,

Reverend Tristan J. Salley



**BABER**
AFRICAN METHODIST EPISCOPAL CHURCH
The Reverend James C. Simmons, M. Div., Pastor

March 1, 2022

The Honorable William M. Skretny
U.S. District Judge for the Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Skretny:

I met Richard Allen Stenhouse when I was appointed to the Western New York Annual Conference of the African Methodist Episcopal Church in 2008. Since that time, Reverend Stenhouse has been a role model who has mentored me and numerous others on how to be effective ministers and make impact in the communities we serve. I cannot count the number of times I have sat around his conference table where he shared wisdom from his almost four decades as a pastor, and he allowed time for reflection, feedback, and caution.

I am aware that Reverend Stenhouse pled guilty for filing false income tax returns for the years 2014-2018. I pray compassion when he is sentenced. Of course, if there are questions and/or concerns, please contact me at (585) 461-1395 or pastor@baberrochester.org. Thank you for consideration of this letter.

Sincerely,

The Reverend James C. Simmons,
Pastor



THE HISTORIC PHILADELPHIA MOTHER DISTRICT
OF THE PHILADELPHIA ANNUAL CONFERENCE
P.O. BOX 387 • VILLANOVA, PA 19085-0387

610-256-0710
stan.smith3@mail.com

REV. DR. STANLEY GORDON SMITH
PRESIDING ELDER

Hon. William M. Skretny
United States District Judge for the Western District of New York
2 Niagara Square
Buffalo, New York 14202

March 16, 2022

Dear Judge Skretny:

I am writing this missive as a character reference for the Rev. Richard A. Stenhouse. Notwithstanding, I'm aware that he has pleaded guilty to filing false income tax returns for the years 2014-2018.

I have known Rev. Stenhouse for over twenty 22 years, I have worked as a Pastor colleague of his in the Western New York District from 2004-2008. And as he was the lead Pastor of said district, I have witnessed his compassion, concern, guidance and assistance he gave to the smaller churches.

Additionally, I have worked with him on various boards and committees up until his retirement. I found him of great moral character and of exemptery business acumen. He has shown himself of great integrity in every aspect of the work of the church. Therefore, I fully vouch for his character and there is no doubt in my mind concerning his value to his community and the AME Church.Please let me know if there is anything else I can offer.

Sincerely,

Rev.. Dr. Stanley Gordon Smith, Presiding Elder of
The Historic Philadelphia Mother District of the Philadelphia Conference



# First Shiloh
BAPTIST CHURCH

March 8, 2022

Honorable William M. Skretny
United States District Judge for the Western District of New York
2 Niagara Square
Buffalo, NY 14202

Dear Judge Skretny,

It is my great pleasure to write a letter of support for my colleague and friend, the Rev. Richard A. Stenhouse. I have known Pastor Stenhouse for 15 years. He was one of the first people to welcome me to Buffalo as I transitioned to a new pastorate. In those years, I have found him to be a great friend, pastor and true advocate for the downtrodden.

His work within our community is unparalleled. Pastor Stenhouse provided leadership for the Jeremiah Project that created resources and housing for those who desperately need help on the east side of Buffalo. Moreover, he provided leadership for the Bethel Child Care Centers. Those centers gave our community safe and essential child care options.

I am well aware of his current legal troubles and I proud that he has acknowledged his fault, pled guilty and offered to make restitution. This further illustrates that he is a man of character. Instead of lying, he told the truth; knowing that the truth could bring great harm to him and his family. I believe that Pastor Stenhouse is truly repentant. The shame of this public process has damaged his reputation and legacy. In my humble opinion, any additional punishment is not necessary. I pray that you will be gracious in your sentencing.

If any additional information is needed, or if you would like to speak with me before sentencing, feel free to contact me.

Sincerely,

The Rev. Jonathan R. Staples
Senior Pastor

Richard A Stenhouse
45 Fordham Drive
Buffalo, New York 14216

April 19, 2022

Hon. William M. Skretny
United States District Judge for the Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Skretny:

I have thought of little else since being charged in this case. I'm ashamed of my failure to pay these taxes. All I had to do was ask for the 1099 or very simply just total the checks I received weekly. This was a simple step that I blame myself for not doing. I have embarrassed my church, my congregation, my community, and my family. Certainly I should have known better. I now have a felony conviction. This was very foolish on my part.

To say I am remorseful is an understatement. Mentally, spiritually and emotionally I am consumed with remorse. Whenever I look at parishioners I feel like a hypocrite because I am supposed to be their moral leader. When I see friends and family I feel deep shame knowing I disappointed every person who trusted me to be better than this. I feel this incident overshadows the good I did in my time as a pastor and tarnishes any legacy of community achievements.

As a hometown guy from the Willert Park Housing Project, I tried to lead by example so others could see they could also overcome challenges and be successful. But now I am just another example of a leader who has failed to live up to his responsibilities

and let down people who looked up to him. I pray to God that he will provide me with opportunities to make amends.

My concern is for my mother who is 95 years old. I have embarrassed her and she deserves better.  She has suffered several strokes. Although she does not have a terminal illness, she is immobile and requires constant care. She can only feed herself and operate the tv and chair remote. She can stand with assistance, cannot walk and slides from her bed to a chair less than 12 inches from the bed. I am blessed to have a wife who cares for my mother without complaint but if I'm not available, my mother will have to be institutionalized.

Words cannot express my sorrow for this serious lapse in judgment.

Sincerely;

Richard A Stenhouse

Sharon D. Stenhouse
45 Fordham Dr.
Buffalo, New York 14216

April 16, 2022

Dear Judge Skretny:

My name is Sharon Diana Stenhouse, the wife of Richard A. Stenhouse. I married Richard in Norwalk Connecticut where he was pastoring Bethel AME Church, on November2, 1996. Richard pastored Bethel- Norwalk for thirteen years, 1984-1997, before being transferred to Bethel AME Church in Buffalo NY in June 1997. He pastored Bethel-Buffalo for 24 years until reaching the mandatory retirement age of 75. He retired from pastoring Bethel Church in May of 2021.

Richard is close to his family and always helps them out. He has three grandchildren and six great grandchildren.

His only brother, Terry, died in 2002 from kidney failure and his father, Edward, died from cancer in 2015. Richard assisted in the caregiving for both and helped his mother during their illness.

Richard was always remarkably close to his mom, Thelma who is 95. When she became ill, he was always there for her. In 2018 Thelma suffered a stroke which affected her left side. Richard was there to take her to all her doctor appointments or wherever she had to go. She suffered another stroke in 2019 and she was no longer able to care for herself. He was able to get someone to came in and help. He was still there every day, to see about her.

She became ill again in 2021 and was hospitalized. Thelma was unable to go back to her home and came to live with us in September 2021 on Fordham Dr. A nursing home was out of the question. We have an aide come in every morning to bath and prepare her for the day. Richard and I take care of her the rest of the time. Richard gives her the five medications she requires. She is unable to walk and slides from her bed to a chair which is next to the bed. She sits in a chair or wheelchair until we put her to bed at night. Thelma is unable to go out, Richard has Mobile Physicians to come in to see her.

Thelma's mobility is very limited and she can only feed herself. Although her vital signs, blood pressure, heart beat and blood tests, are good, she requires constant care and monitoring.

"Richard is very caring and patience with his mom. Without him I do not believe I would be able to take care of her". If Richard was unavailable, Thelma would have to be placed in a nursing home. I'm 75 years of age and could not provide the necessary care by myself. There is no other family member or care provider who could provide the needed care. I would hate for this to happen since Richard's father and brother both died at home.

Sincerely;

Sharon D Stenhouse

*10 River Way Wilmington, Delaware 19809*

February 23, 2022


The Honorable William M. Skretny
 United States District Judge
 Western District of New York
 2 Niagara Square
 Buffalo, New York 14202


Dear Judge Skretny,

My name is Sherri Lee Stevens and I write in support of Reverend Richard A. Stenhouse, who has been my boss and mentor for the past five years.

While I am surprised by the action of tax evasion from Rev. Stenhouse, I am not surprised he pled guilty to filing false income tax returns 2014-2018. Doing so, for me, speaks to his true integrity and righteousness, which I have come to know, love, and respect since 2017.  It pierces my consciousness to the frailty of human nature; we all make mistakes and experience lapses in judgment.  Admitting to his indiscretions sensitizes my awareness to the redeeming qualities of forgiveness and humanity.

I faced many great challenges in my job as General Manager of First District Self Help, Inc., in Philadelphia, Pennsylvania for which Rev. Stenhouse hired me.  Under his leadership, I learned to navigate with grace, calm, and smarts in frustrating and alarming situations.  As a result of his deliberate care, vision, curriculum, supervision, and sometimes admonishment, I was empowered with the freedom and wherewithal to turn the company from poorly managed and unprofitable to one of profit and reputable account.

He was always honest with me, even if uncomfortable for him.  He helped me see the world with a larger lens, in contrast to the oft myopic and limiting way in which I viewed and reacted to it.  He has and still has only my best interest in mind and at heart.  I have benefited from the wisdom of his life's experiences and am forever grateful.


Sincerely,

Sherri Lee Stevens



# Bethel African Methodist Episcopal Church

*"Building Relationships and Loving People"*
www.bethelbuffalo.org

Reverend Paul J. Thomas, Pastor
1525 Michigan Avenue
Buffalo, New York 14209

Telephone (716) 886-1650
Fax (716) 886-2311
bethelbflo@yahoo.com

To: Hon. William M. Skretny, United States District Judge for the Western District of New York
2 Niagara Square. Buffalo, New York 14202

Monday, April 11, 2022

Re: Letter of Support for Richard Stenhouse

Greetings,

I am the Reverend Paul J. Thomas, current Pastor of Bethel A.M.E. Church, - Buffalo, NY. As Senior Pastor and Chief Executive Officer at Bethel, I manage its contracts, social services, and ministry initiatives (spiritual programs) which benefit the people of Buffalo and its surrounding Burroughs. Prior to my recent transition to Buffalo, NY, I lived in Philadelphia, PA where I pastored AME Union Church and worked as a middle school educator. As an instructor at Merakey Education Center and Penn Wood Middle School, I managed caseloads for Individualized Education Plans, taught English, Math, and Social Studies, provided tutoring, and mentored adolescent males. These experiences and responsibilities have enriched my broad and comprehensive knowledge of the aforementioned fields.

Regarding Richard Stenhouse, I am aware he pled guilty to filing false income tax returns for the years 2014-2018. As u adjudicate this matter, I hope to provide additional insight regarding his character. I have known Richard Stenhouse to be a serious-minded individual who has shown great concern for the welfare of people, young and old. He is sensitive to people in need and those with mental and physical health challenges. As his successor at Bethel, I encounter these beneficiaries and can attest they have become essential to the spiritual and social program Bethel provides.

I have known Richard Stenhouse since June 2008 when I began my vocation as a Pastor. I have had a direct relationship with Richard Stenhouse since July 2012 when I began serving on the board of directors for First District Self Help, Inc. Since 2012, Richard Stenhouse has modeled for me organizational leadership and drive. He often engaged me to assume leadership responsibility on First District Self Help, Inc, and allowed me space to grow these skills. Richard Stenhouse has always been direct, clear, and forthright with me during this period of mentorship. Personally, and prior to any discussion regarding succeeding him as Bethel's Pastor, he has opened the doors of his office to share knowledge and wisdom regarding the vocation we both share. He has been hospitable, helpful, and he withheld no information from which he felt I, as a young and budding Pastor, would benefit. As his retirement approached, The Presiding Bishop inquired of him a replacement for Bethel. He named me and did not waver from this choice. Prior to my coming, he and I conversed, and in his usual fashion, shared direct, clear, and helpful information about the church. After officially becoming the Pastor, Richard Stenhouse answered every phone call, took every requested visit or meeting, and volunteered any information he thought would help me. I am personally fortunate to have Richard Stenhouse as a mentor, predecessor, and guide. I hope this information helps to inform your perspective of Richard Stenhouse.

Best regards,

Pau J. Thomas, Pastor
Bethel AME Church, Buffalo, NY